IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BNK ADVISORY GROUP, INC.<br>2102 Main Street<br>Northampton, PA 18067<br>     Plaintiff<br><br>vs.<br><br>SUNTRUST EQUITABLE SECURITIES<br>CORPORATION<br>303 Peachtree Street<br>Atlanta, GA 30308-3201<br>     Defendant | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 02-CV-3221<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>: |

ORDER

Upon Defendant's MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), and after considering the moving and opposing papers;

IT IS HEREBY ORDERED THAT:

1.  Defendant's MOTION TO DISMISS is GRANTED; and

2.  Plaintiff's Complaint is dismissed with prejudice.


SO ORDERED this _____ day of _____, 2002.


_____
    R. Barclay Surrick    J.

1