IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BNK ADVISORY GROUP, INC. | : | |
| 2102 Main Street | : | |
| Northampton, PA 18067 | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. 02-CV-3221 |
| SUNTRUST EQUITABLE SECURITIES | : | |
| CORPORATION | : | |
| 303 Peachtree Street | : | JURY TRIAL DEMANDED |
| Atlanta, GA 30308-3201 | : | |
| Defendant | : | |

**CORRECTION TO**
DEFENDANT SUNTRUST EQUITABLE SECURITIES
CORPORATION'S SUPPLEMENTAL REPLY TO PLAINTIFF BNK ADVISORY
GROUP, INC.'S ANSWER TO DEFENDANT'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

Upon review of Defendant's, SUNTRUST's Supplemental Reply filed with the court on

October 2, 2002, an error was noted in the CONCLUSIONS on page 4 of Defendant's memorandum.

Specifically, on page 4, line 7, the terms "Defendant SUNTRUST's" should have been "Plaintiff

BNK's." Accordingly, the sentence should read: "Moreover, *Plaintiff BNK's* attempt to have the

court recognize its TX 5–216–773 registration, for a totally different work, as the registration for the

alleged infringed work is ingenuous, at best."

This error was entirely unintentional. Defendant apologizes for an confusion and

inconvenience this may have caused, and respectfully requests that this correction be made in its

Supplemental Reply.

If there are any questions, it is requested that the undersigned attorney be contacted.

Respectfully submitted,

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

October 7, 2002                    By: _____

Eric S. Marzluf
(Attorney I.D. #39763)
12th Floor - Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212
(215) 567-2010
Attorneys for Defendant
SUNTRUST EQUITABLE SECURITIES
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **CORRECTION TO** DEFENDANT SUNTRUST

EQUITABLE SECURITIES CORPORATION'S SUPPLEMENTAL REPLY TO PLAINTIFF BNK

ADVISORY GROUP, INC'S ANSWER TO DEFENDANT'S MOTION TO DISMISS

PURSUANT TO RULE 12(b)(1) has been served on the Plaintiff, by delivery of one (1) true and

correct copy of the same via first class mail, postage prepaid, to:

Charles E. Shoemaker, Jr., Esq.
727-729 North 19th Street
Allentown, PA 18104

this 7thday of October, 2002.

_____
Eric S. Marzluf